FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

01 FEB 12 AM 10: 05

U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

**FEB 1 2 2001**

|  |  |  |
|---|---|---|
| KEVIN VOLZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-C-0762-NE |
| | ) | |
| WARDEN ROY HIGHTOWER and | ) | |
| THE ATTORNEY GENERAL FOR | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this _____ day of February, 2001.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

18